Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−12433−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hunberto Garcia
    aka Humberto Garcia, aka Hunberto
    Agosto
    202 E Arbor Ave
    Landisville, NJ 08326
Social Security No.:
    xxx−xx−5252
Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/22/22
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 19, 2022
JAN: eag

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-12433-ABA

Hunberto Garcia                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                              Page 1 of 3

Date Rcvd: Apr 19, 2022                      Form ID: 132                      Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunberto Garcia, 202 E Arbor Ave, Landisville, NJ 08326-1121 |
| 519540789 | + | ADS/Comenity/Zales, PO BOX 182120, Columbus, OH 43218-2120 |
| 519540790 | | Akron Billing Center, 3585 Ridge Park Dr., Akron, OH 44333-8203 |
| 519540791 | | Arcadia Recovery Bureau, LLC, Po Box 70256, Philadelphia, PA 19176-0256 |
| 519540792 | + | Ashley Furniture Homestore, PO Box 3212, Evansville, IN 47731-3212 |
| 519540797 | | Citifinancial, PO Box 8020, South Hackensack, NJ 7606 |
| 519540798 | + | City Of Vineland Municipal Court, 736 E Landis Ave, Vineland, NJ 08360-8009 |
| 519540799 | | Cooper University Health Care, P.O Box 95000-4645, Philadelphia, PA 19195-4345 |
| 519540800 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519540803 | + | GC Services, PO Box 3346, Houston, TX 77253-3346 |
| 519540807 | + | Inspira Medical Center Woodbury Inc, 333 Irving Ave, Bridgeton, NJ 08302-2123 |
| 519540808 | + | Inspira Medical Centers, Inc, PO Box 48274, Newark, NJ 07101-8474 |
| 519540815 | | MSB, POX 16755, Austin, TX 78761-6755 |
| 519540816 | + | Nudelman And Klemm & Golub, 425 Eagle Rock Avenue, Roseland, NJ 07068-1717 |
| 519540817 | | Office of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519540821 | | Regional Diagnostic Imaging, 2527 Cranberry Hwy, Wareham, MA 02571-1046 |
| 519549805 | + | Regional Diagnostic Imaging, LLC, Attn Greco Financial Services Corp., Po Box 6217, West Caldwell, NJ 07007-6217 |
| 519540822 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court;, Snap-On Credit LLC, 950 Technology Way Ste 301, Libertyville, IL 60048 |
| 519540823 | + | SO Jersey HS EMG Phys SV PA, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519540824 | + | South Jersey Health System, 4135 S Stream Blvd Ste 400, Attn: PMAB LLC, Charlotte, NC 28217-4636 |
| 519540825 | + | State Of NJ Surcharge, Po Box 850, Trenton, NJ 08625-0850 |
| 519554956 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519540793 | + | Email/Text: clientrep@capitalcollects.com | Apr 19 2022 20:45:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 519540794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2022 20:50:35 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519551751 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2022 20:50:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519540795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2022 20:50:41 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519540796 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2022 20:50:42 | Citibank, Po Box 6497, Sioux Falls, SD |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Apr 19, 2022 | Form ID: 132 | Total Noticed: 43

| | | | 57117-6497 |
|---|---|---|---|
| 519540801 | + Email/Text: bankruptcy@fncbinc.com | Apr 19 2022 20:44:00 | First National Collection Bureau, Inc., 50 W Liberty Street Suite 250, Reno, NV 89501-1973 |
| 519540802 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 19 2022 20:50:10 | First Premier Bank, PO Box 5529, 900 West Delaware, Sioux Falls, SD 57104-0337 |
| 519540805 | + Email/Text: jkatsios@gsicollections.com | Apr 19 2022 20:44:00 | GSI Recovery, PO Box 1026, Bloomfield, NJ 07003-1026 |
| 519540806 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 19 2022 20:44:00 | Hsbc Bank Nevada, Po Box 5253, Carol Stream, IL 60197-5253 |
| 519540811 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2022 20:44:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519540813 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 20:50:08 | LVNV Funding, PO Box 10497, HSBC Bank, Greenville, SC 29603-0497 |
| 519544657 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 20:50:12 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519540812 | + Email/Text: bk@lendingclub.com | Apr 19 2022 20:45:00 | Lending Club Corp, 71 Stevenson Ste300, San Francisco, CA 94105-2985 |
| 519559275 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2022 20:50:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519540814 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2022 20:50:34 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519556629 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519540819 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2022 21:01:04 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519540820 | + Email/Text: ngisupport@radiusgs.com | Apr 19 2022 20:44:00 | Radius Global Solutions LLC, PO BOx 390846, Minneapolis, MN 55439-0846 |
| 519540826 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 20:49:22 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540804 | | Gemini Capital Group LLC |
| 519540809 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519540810 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519540818 | * | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1                                         User: admin                                         Page 3 of 3
Date Rcvd: Apr 19, 2022                                      Form ID: 132                                        Total Noticed: 43

Date: Apr 21, 2022                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Hunberto Garcia mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4