Certificate Number: 02470-NJ-DE-036541178

Bankruptcy Case Number: 22-12433



02470-NJ-DE-036541178

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2022, at 7:03 o'clock PM EDT, Hunberto Garcia completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 11, 2022                By:    /s/Kathy Mills

                                 Name:  Kathy Mills

                                 Title: TENS Instructor