**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 1 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Hunberto Garcia

Case No.: 22-12433

Judge: ABA

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      Date: 8/5/2022

☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SW      Initial Debtor: /s/ HG      Initial Co-Debtor: /s/

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ _____680.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____September 1, 2022_____ for approximately _____31_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☒ **NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,063.00 |
| DOMESTIC SUPPORT OBLIGATION | Child Support | Notice Purposes Only |
| Internal Revenue Service | Taxes | Notice Only |
| State of New Jersey | Taxes | $14,305.95 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:   Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:**  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Financing held with Rocket Mortgage, LLC, on residential property located at 202 E. Arbor Avenue, Landisville, NJ 08326, debtor to maintain payments of $1,382.04 outside of the bankruptcy.

Financing held with Ally Capital, on personal properties, 2018 Honda Civic and 2019 Acura RDX, held by Debtor's Sprouse, to maintain payments outside of the bankruptcy.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ 0.00_____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6: Executory Contracts and Unexpired Leases ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Snap-On Credit LLC | $1,653.59 | Executory Contract | To be assumed | $160.00 |

### Part 7: Motions ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Priority Claims _____

3) Secured Claims _____

4) Unsecured Claims _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  8/5/2022 _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list the State of New Jersey under Part 3(a) per Proof of Claim filed.<br><br>To list Rocket Mortgage LLC under Part 4(f) as unaffected by the plan with payments being maintained outside the plan.<br><br>To list Ally Capital under Part 4(f) as unaffected by the plan with payments being maintained outside the plan.<br><br>To list Snap-On Tools under Part 6 as an executory contract. | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 8/5/2022 _____        /s/ Hunberto Garcia_____
                                                                                    Debtor

Date: _____                          _____
                                                                                    Joint Debtor

Date: 8/5/2022 _____        /s/ Seymour Wasserstrum_____
                                                                                    Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:            Case No. 22-12433-ABA

Hunberto Garcia         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 3

Date Rcvd: Aug 10, 2022        Form ID: pdf901        Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunberto Garcia, 202 E Arbor Ave, Landisville, NJ 08326-1121 |
| 519540789 | + | ADS/Comenity/Zales, PO BOX 182120, Columbus, OH 43218-2120 |
| 519540791 | | Arcadia Recovery Bureau, LLC, Po Box 70256, Philadelphia, PA 19176-0256 |
| 519540792 | + | Ashley Furniture Homestore, PO Box 3212, Evansville, IN 47731-3212 |
| 519540797 | | Citifinancial, PO Box 8020, South Hackensack, NJ 7606 |
| 519540798 | + | City Of Vineland Municipal Court, 736 E Landis Ave, Vineland, NJ 08360-8009 |
| 519540799 | | Cooper University Health Care, P.O Box 95000-4645, Philadelphia, PA 19195-4345 |
| 519540800 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519540803 | + | GC Services, PO Box 3346, Houston, TX 77253-3346 |
| 519540807 | + | Inspira Medical Center Woodbury Inc, 333 Irving Ave, Bridgeton, NJ 08302-2123 |
| 519540808 | + | Inspira Medical Centers, Inc, PO Box 48274, Newark, NJ 07101-8474 |
| 519676931 | + | Lynette Agosto, 202 E. Arbor Ave., Landisville, NJ 08326-1121 |
| 519540815 | | MSB, POX 16755, Austin, TX 78761-6755 |
| 519540816 | + | Nudelman And Klemm & Golub, 425 Eagle Rock Avenue, Roseland, NJ 07068-1717 |
| 519540821 | | Regional Diagnostic Imaging, 2527 Cranberry Hwy, Wareham, MA 02571-1046 |
| 519549805 | + | Regional Diagnostic Imaging, LLC, Attn Greco Financial Services Corp., PO Box 6217, West Caldwell, NJ 07007-6217 |
| 519540822 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-On Credit LLC, 950 Technology Way Ste 301, Libertyville, IL 60048 |
| 519540823 | + | SO Jersey HS EMG Phys SV PA, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519540824 | + | South Jersey Health System, 4135 S Stream Blvd Ste 400, Attn: PMAB LLC, Charlotte, NC 28217-4636 |
| 519540825 | + | State Of NJ Surcharge, Po Box 850, Trenton, NJ 08625-0850 |
| 519554956 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519540790 | | Email/Text: akron_patient_services@teamhealth.com | Aug 10 2022 20:43:00 | Akron Billing Center, 3585 Ridge Park Dr., Akron, OH 44333-8203 |
| 519630144 | + | Email/Text: bnc@bass-associates.com | Aug 10 2022 20:43:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519540793 | + | Email/Text: amanda@cascollects.com | Aug 10 2022 20:44:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 519540794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2022 20:53:18 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |

Case 22-12433-ABA    Doc 22    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
                    Certificate of Notice    Page 12 of 13

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: pdf901 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 519551751 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2022 20:53:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519540795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:13 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519540796 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2022 20:53:41 | Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519540801 | + | Email/Text: bankruptcy@fncbinc.com | Aug 10 2022 20:43:00 | First National Collection Bureau, Inc., 50 W Liberty Street Suite 250, Reno, NV 89501-1973 |
| 519540802 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 10 2022 20:53:21 | First Premier Bank, PO Box 5529, 900 West Delaware, Sioux Falls, SD 57104-0337 |
| 519540805 | + | Email/Text: jkatsios@gsicollections.com | Aug 10 2022 20:43:00 | GSI Recovery, PO Box 1026, Bloomfield, NJ 07003-1026 |
| 519540806 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 10 2022 20:43:00 | Hsbc Bank Nevada, Po Box 5253, Carol Stream, IL 60197-5253 |
| 519540811 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 10 2022 20:43:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519540813 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2022 20:53:08 | LVNV Funding, PO Box 10497, HSBC Bank, Greenville, SC 29603-0497 |
| 519544657 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2022 20:53:23 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519540812 | + | Email/Text: bk@lendingclub.com | Aug 10 2022 20:44:00 | Lending Club Corp, 71 Stevenson Ste300, San Francisco, CA 94105-2985 |
| 519559275 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2022 20:53:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519540814 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 10 2022 20:53:05 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519556629 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2022 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519540817 | ^ | MEBN | Aug 10 2022 20:40:14 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519540819 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2022 20:53:07 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519630530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2022 20:53:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519578361 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2022 20:53:34 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519583581 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 10 2022 20:44:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519540820 | + | Email/Text: ngisupport@radiusgs.com | Aug 10 2022 20:43:00 | Radius Global Solutions LLC, PO BOx 390846, Minneapolis, MN 55439-0846 |
| 519572725 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 10 2022 20:44:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519540826 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2022 20:53:06 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 28

## BYPASSED RECIPIENTS

Case 22-12433-ABA    Doc 22    Filed 08/12/22    Entered 08/13/22 00:13:45    Desc Imaged
Certificate of Notice    Page 13 of 13

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2022 | Form ID: pdf901 | Total Noticed: 49 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540804 | | Gemini Capital Group LLC |
| 519540809 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519540810 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519540818 | * | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Hunberto Garcia mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5