Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  22−12433−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hunberto Garcia
    aka Humberto Garcia, aka Hunberto
    Agosto
    202 E Arbor Ave
    Landisville, NJ 08326

Social Security No.:
    xxx−xx−5252

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 30, 2022.

Dated: September 30, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-12433-ABA
Hunberto Garcia  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Sep 30, 2022 Form ID: plncf13 Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hunberto Garcia, 202 E Arbor Ave, Landisville, NJ 08326-1121 |
| 519540789 | + | ADS/Comenity/Zales, PO BOX 182120, Columbus, OH 43218-2120 |
| 519540791 | | Arcadia Recovery Bureau, LLC, Po Box 70256, Philadelphia, PA 19176-0256 |
| 519540792 | + | Ashley Furniture Homestore, PO Box 3212, Evansville, IN 47731-3212 |
| 519540797 | | Citifinancial, PO Box 8020, South Hackensack, NJ 7606 |
| 519540798 | + | City Of Vineland Municipal Court, 736 E Landis Ave, Vineland, NJ 08360-8009 |
| 519540799 | | Cooper University Health Care, P.O Box 95000-4645, Philadelphia, PA 19195-4345 |
| 519540800 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519540803 | + | GC Services, PO Box 3346, Houston, TX 77253-3346 |
| 519540807 | + | Inspira Medical Center Woodbury Inc, 333 Irving Ave, Bridgeton, NJ 08302-2123 |
| 519540808 | + | Inspira Medical Centers, Inc, PO Box 48274, Newark, NJ 07101-8474 |
| 519676931 | + | Lynette Agosto, 202 E. Arbor Ave., Landisville, NJ 08326-1121 |
| 519540815 | | MSB, POX 16755, Austin, TX 78761-6755 |
| 519540816 | + | Nudelman And Klemm & Golub, 425 Eagle Rock Avenue, Roseland, NJ 07068-1717 |
| 519540821 | | Regional Diagnostic Imaging, 2527 Cranberry Hwy, Wareham, MA 02571-1046 |
| 519549805 | + | Regional Diagnostic Imaging, LLC, Attn Greco Financial Services Corp., PO Box 6217, West Caldwell, NJ 07007-6217 |
| 519540822 | ++ | SNAP ON CREDIT, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap-On Credit LLC, 950 Technology Way Ste 301, Libertyville, IL 60048 |
| 519540823 | + | SO Jersey HS EMG Phys SV PA, PO Box 740021, Cincinnati, OH 45274-0021 |
| 519540824 | + | South Jersey Health System, 4135 S Stream Blvd Ste 400, Attn: PMAB LLC, Charlotte, NC 28217-4636 |
| 519540825 | + | State Of NJ Surcharge, Po Box 850, Trenton, NJ 08625-0850 |
| 519554956 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2022 21:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2022 21:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519540790 | | Email/Text: akron_patient_services@teamhealth.com | Sep 30 2022 21:38:00 | Akron Billing Center, 3585 Ridge Park Dr., Akron, OH 44333-8203 |
| 519630144 | + | Email/Text: bnc@bass-associates.com | Sep 30 2022 21:38:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519540793 | + | Email/Text: amanda@cascollects.com | Sep 30 2022 21:39:00 | Capital Collections, PO Box 150, West Berlin, NJ 08091-0150 |
| 519540794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2022 21:33:20 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |

Case 22-12433-ABA    Doc 25    Filed 10/02/22    Entered 10/03/22 00:12:49    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: plncf13 | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519551751 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2022 21:59:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519540795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 21:33:21 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519540796 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 21:32:04 | Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519540801 | + | Email/Text: bankruptcy@fncbinc.com | Sep 30 2022 21:38:00 | First National Collection Bureau, Inc., 50 W Liberty Street Suite 250, Reno, NV 89501-1973 |
| 519540802 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 30 2022 21:48:16 | First Premier Bank, PO Box 5529, 900 West Delaware, Sioux Falls, SD 57104-0337 |
| 519540805 | + | Email/Text: jkatsios@gsicollections.com | Sep 30 2022 21:38:00 | GSI Recovery, PO Box 1026, Bloomfield, NJ 07003-1026 |
| 519540806 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 30 2022 21:38:00 | Hsbc Bank Nevada, Po Box 5253, Carol Stream, IL 60197-5253 |
| 519540811 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2022 21:38:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519540813 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2022 21:48:18 | LVNV Funding, PO Box 10497, HSBC Bank, Greenville, SC 29603-0497 |
| 519544657 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2022 21:46:56 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519540812 | + | Email/Text: bk@lendingclub.com | Sep 30 2022 21:39:00 | Lending Club Corp, 71 Stevenson Ste300, San Francisco, CA 94105-2985 |
| 519559275 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2022 21:32:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519540814 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 30 2022 21:32:02 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519556629 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2022 21:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519540817 | ^ | MEBN | Sep 30 2022 21:28:55 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519540819 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2022 21:48:17 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519630530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2022 21:48:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519578361 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2022 21:46:39 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519583581 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2022 21:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519540820 | + | Email/Text: ngisupport@radiusgs.com | Sep 30 2022 21:38:00 | Radius Global Solutions LLC, PO BOx 390846, Minneapolis, MN 55439-0846 |
| 519572725 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 30 2022 21:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519540822 | + | Email/Text: legalservices12@snaponcredit.com | Sep 30 2022 21:38:00 | Snap-On Credit LLC, 950 Technology Way Ste 301, Libertyville, IL 60048 |
| 519540826 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2022 21:32:43 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519540804 |  | Gemini Capital Group LLC |
| 519540809 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519540810 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519540818 | * | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Hunberto Garcia mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5