Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-12433 (ABA)

Hunberto Garcia  
202 East Arbor Avenue  
Landisville, NJ  08326

Monthly Payment: $771.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2023 | $771.00 | 02/27/2023 | $771.00 | 03/27/2023 | $771.00 | 05/01/2023 | $771.00 |
| 05/31/2023 | $771.00 | 07/05/2023 | $771.00 | 08/02/2023 | $771.00 | 09/05/2023 | $771.00 |
| 10/02/2023 | $771.00 | 11/06/2023 | $771.00 | 12/04/2023 | $771.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HUNBERTO GARCIA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,063.00 | $4,063.00 | $0.00 | $0.00 |
| 1 | ADS/COMENITY/ZALES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AKRON BILLING CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ARCADIA RECOVERY BUREAU, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL COLLECTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $671.06 | $0.00 | $671.06 | $0.00 |
| 7 | CITI CARDS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITIFINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF VINELAND MUNICIPAL COURT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COOPER UNIVERSITY HEALTH CARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPT OF TREASURY-DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FIRST NATIONAL COLLECTION BUREAU, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PREMIER BANKCARD, LLC | 33 | $1,279.56 | $0.00 | $1,279.56 | $0.00 |
| 15 | GC SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | GSI RECOVERY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | GEMINI CAPITAL GROUP LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | HSBC BANK NEVADA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | INSPIRA MEDICAL CENTER WOODBURY INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | INSPIRA MEDICAL CENTERS, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $2,585.55 | $0.00 | $2,585.55 | $0.00 |
| 25 | LENDING CLUB CORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $4,045.96 | $0.00 | $4,045.96 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | MERRICK BANK | 33 | $1,905.35 | $0.00 | $1,905.35 | $0.00 |
| 28 | NUDELMAN AND KLEMM & GOLUB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,124.04 | $0.00 | $1,124.04 | $0.00 |
| 31 | RADIUS GLOBAL SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | REGIONAL DIAGNOSTIC IMAGING, LLC | 33 | $442.00 | $0.00 | $442.00 | $0.00 |
| 33 | SO JERSEY HS EMG PHYS SV PA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SNAP-ON CREDIT LLC | 24 | $1,653.59 | $907.44 | $746.15 | $868.17 |
| 35 | SOUTH JERSEY HEALTH SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | STATE OF NEW JERSEY | 24 | $14,305.95 | $7,850.71 | $6,455.24 | $7,511.01 |
| 37 | SYNCB/OLD NAVY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | STATE OF NEW JERSEY | 33 | $2,080.00 | $0.00 | $2,080.00 | $0.00 |
| 42 | ROCKET MORTGAGE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | CAPITAL ONE BANK (USA), N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | MERRICK BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | REGIONAL DIAGNOSTIC IMAGING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | ACCELERATED INVENTORY MANAGEMENT, LLC | 33 | $6,970.86 | $0.00 | $6,970.86 | $0.00 |
| 51 | NJSVS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2022 | 5.00 | $0.00 |
| 09/01/2022 | Paid to Date | $4,080.00 |
| 10/01/2022 | 54.00 | $771.00 |
| 04/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,481.00 |
| Total paid to creditors this period: | $8,379.18 |
| Undistributed Funds on Hand: | $696.98 |
| Arrearages: | $1,542.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**