UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:    _____

Judge:    _____

Chapter:    13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3.  This certification is being made in an effort to resolve the issues raised in the certification
    of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: _____                    _____
                                                 Debtor's Signature

Date: _____                    _____
                                                 Debtor's Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
    13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
    opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
    Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
    Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
    Default.

*rev.8/1/15*

1:51

 Menu    POLICE and FIRE FEDERAL CREDIT UNION

← Back

# L AGOSTO CH... XXXX0004

Last Updated: February 9, 2026 1:51 PM

| $605.15 | 4051 |
|---|---|
| Available Balance | Account |

## Transactions    Details & Settings

---

**FEB 9 2026**

Withdrawal ACH ROCKET
MORTGAGE TYPE: LOAN ID:

− $1,469.82
$605.15

---

**FEB 9 2026**

Withdrawal ACH VENMO TYPE:
PAYMENT ID: 3264681992 CO:

− $25.00
$2,074.97

---

**FEB 7 2026**

Withdrawal Debit Card DEBIT-
PURCHASE LITTLE CAESARS

− $28.09
$2,099.97

---

**FEB 6 2026**

Deposit ACH Lynette Agosto TYPE:
BANK XFER ID: 6192912998 CO:

+ $25.00
$2,128.06

---

**FEB 6 2026**

Withdrawal ACH ROCKET
MORTGAGE TYPE: LOAN ID:

− $1,469.82
$2,103.06

---

**FEB 6 2026**

Withdrawal ACH CITI CARD
ONLINE TYPE: PAYMENT ID:

− $45.60
$3,572.88

---

**FEB 6 2026**

**1:51**

  

Menu

POLICE and FIRE
FEDERAL
CREDIT UNION

---

**FEB 3 2026**

Withdrawal ACH PROG GARDEN
ST TYPE: INS PREM ID:

– $213.86
$674.24

---

**FEB 3 2026**

Recurring Withdrawal Debit Card
Afterpay 044-4123456 CA Date

– $22.75
$888.10

---

**FEB 2 2026**

Withdrawal POS #000000462541
DOLLAR GENERAL #13681 DG

– $6.78
$910.85

---

**FEB 2 2026**

 Check 180/Check - 180

– $240.00
$917.63

---

**FEB 2 2026**

Recurring Withdrawal Bill
Payment PAYPAL *PYPL PAYIN4

– $13.74
$1,157.63

---

**FEB 2 2026**

Withdrawal ACH ROCKET
MORTGAGE TYPE: MTG PYMTS ID:

– $1,469.82
$1,171.37

---

**FEB 2 2026**

Withdrawal ACH ACHIEVEPL80
TYPE: PAYMENT ID: ACH3960088

– $202.87
$2,641.19

---

**FEB 1 2026**

Withdrawal Debit Card DEBIT-
PURCHASE APPLE.COM/BILL 800-

– $7.44
$2,844.06

---

**FEB 1 2026**

Withdrawal Debit Card DEBIT-
PURCHASE AMAZON MARK*

– $25.73
$2,851.50

---

**JAN 31 2026**

Deposit Monthly Dividend Split
Rate Annual Percentage Yield

+ $0.30
$2,877.23

---

**JAN 31 2026**