UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Seymour Wasserstrum, SW2734
LAW OFFICES OF SEYMOUR WASSERSTRUM
Attorneys at Law
205 West Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Attorney for Debtor

In Re:

Hunberto Garcia,

Debtor

Case No.:    22-12433 ABA

Chapter:    13

Hearing Date:

Judge:    ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.  I, Seymour Wasserstrum                              ,

    ☒    am the attorney for:  Hunberto Garcia

    ☐    am self-represented

    Phone number: 856-696-8300

    Email address: mylawyer7@aol.com

2.  I request an adjournment of the following hearing:

    Matter: #32 Motion for Relief

    Current hearing date and time: 2/16/2026 10am

    New date requested: 3/3/2026 10am

    Reason for adjournment request: The parties are working on a resolution to the

    Motion for Relief

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date:  2/12/26 _____                    /s/ Seymour Wasserstrum _____
                                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒  Granted          New hearing date: 3/3/26 at 10 am _____          ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

2